IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY PRELLWITZ,

    Petitioner,                   No. CIV S-07-0046 RRB EFB P

    vs.

D. K. SISTO,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 8, 2007, petitioner filed an application for a writ of habeas corpus. On April 16, 2007, the court found that the petition was sufficient for service pursuant to 28 U.S.C. § 2243, directed that the petition be served, and gave respondent 60 days to file and serve a response. The 60 days have passed and respondent has not filed a response to the petition or in any way responded to the court's order.

    Accordingly, it is ORDERED that respondent has 20 days from the date of this order to file and serve a response or to explain in writing why he cannot.

Dated: June 28, 2007.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE