IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY PRELLWITZ,

    Petitioner,                    No. CIV S-07-0046 RRB EFB P

    vs.

D. K. SISTO, Warden,

    Respondents.      ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 16, 2007, the court found that petitioner may be entitled to relief and gave respondent 60 days to file and serve a response to the petition. Respondent failed to timely comply with that order, and the court issued an order to show cause. On June 20, 2007, respondent filed an answer to the petition.

     Accordingly, it is ORDERED that the order to show cause is discharged.

Dated: June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE