IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY PRELLWITZ,

    Petitioner,                    No. CIV S-07-0046 JAM EFB P

    vs.

D. K. SISTO, Warden,

    Respondent.                 ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 12, 2008, petitioner notified the court that he believes that the Ninth Circuit's recent opinion in *Hayward v. Marshall*, 512 F.3d 536, 547-548 (9th Cir. 2008), will affect the outcome of his case. He also inquired into the status of this case and alerted the court to the fact that this matter has been submitted for decision for at least ten months.

    The background of this case is relatively straightforward. The matter proceeds on the November 29, 2006, petition. Respondent answered on June 20, 2007, and petitioner filed a reply on June 29, 2007. The matter therefore is submitted for decision and, in due course, the court will issue findings and recommendations. However, this court faces a tremendous backlog of habeas petitions. From 2004 through 2007, California prisoners commenced more than 3,500 actions seeking habeas corpus relief from the United States District Court for the Eastern District

of California.  Thus, while the court is aware that petitioner's application has been submitted for some time now, others have been submitted longer.  It is the policy of this court to resolve habeas petitions in the order in which they were submitted for decision.  The court is aware of petitioner's case and as long as petitioner keeps the court informed of any change of address, no further action on his part is necessary.

So ordered.

Dated:   May 28, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE