IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY PRELLWITZ,

    Petitioner,                    No. CIV S-07-0046 JAM CHS P

   vs.

D.K. SISTO, Warden,

    Respondent.                 <u>ORDER</u>

_____/

        Petitioner, Steven Prellwitz, is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 8, 2007, Mr. Prellwitz filed this federal petition challenging a denial of parole. Since that date Mr. Prellwitz's parole status may have changed. Respondent will therefore be ordered to file a statement addressing petitioner's current parole status.

        Accordingly, IT IS HEREBY ORDERED that respondent file a statement addressing petitioner's current parole status within twenty days of the date of this order.

DATED: January 22, 2009

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1